# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Western Division

Lori E. Schumacher
                Plaintiff,

v.                                       Case No.: 3:17−cv−50233
                                              Honorable Philip G. Reinhard

Fifth Third Bank, N.A.
                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 19, 2018:

      MINUTE entry before the Honorable Iain D. Johnston: Status hearing held on 6/19/2018. A written status report on settlement discussions shall be filed by 7/10/2018. (yxp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.