## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

| | | |
|---|---|---|
| LORI E. SCHUMACHER | ) | |
| | ) | |
| Plaintiff, | ) | CASE NO. 3:17-cv-50233 |
| | ) | |
| -v- | ) | |
| | ) | Honorable Philip G. Reinhard |
| FIFTH THIRD BANK, N.A. | ) | Magistrate Hon. Iain D. Johnston |
| | ) | |
| Defendant. | ) | |

## **NOTICE OF SETTLEMENT**

NOTICE IS HEREBY GIVEN that Plaintiff, Lori E. Schumacher, and Defendant, Fifth Third Bank, N.A., have reached a settlement in the above-captioned case. The parties anticipate filing a stipulated dismissal, pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii), within forty-five (45) days.

DATED this 22nd day of June, 2018.                Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　　　　　　　　　 */s/ Geoff B. McCarrell*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Geoff B. McCarrell #0086427
　　　　　　　　　　　　　　　　　　　　　　　　　　　　CONSUMER LAW PARTNERS, LLC
　　　　　　　　　　　　　　　　　　　　　　　　　　　　333 N. Michigan Avenue, Suite 1300
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Chicago, Illinois 60601
　　　　　　　　　　　　　　　　　　　　　　　　　　　　(267) 422-1000 (phone)
　　　　　　　　　　　　　　　　　　　　　　　　　　　　(267) 422-2000 (fax)
　　　　　　　　　　　　　　　　　　　　　　　　　　　　geoff.m@consumerlawpartners.com

　　　　　　　　　　　　　　　　　　　　　　　　　　　　*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing *Notice of Settlement* is being filed electronically with the United States District Court for the Northern District of Illinois, on this 22nd day of June, 2018. Notice of this filing will be transmitted to counsel of record via this Court's electronic notification system, CM/ECF.

      */s/ Geoff B. McCarrell*
Geoff B. McCarrell #0086427
CONSUMER LAW PARTNERS, LLC