**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
Western Division**

Lori E. Schumacher
                         Plaintiff,

v.                                               Case No.: 3:17−cv−50233
                                                    Honorable Philip G. Reinhard

Fifth Third Bank, N.A.
                         Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, June 22, 2018:

      MINUTE entry before the Honorable Iain D. Johnston: In light of the notice of settlement [31], the parties' stipulation to dismiss is due 8/6/2018. (yxp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.